1  Name:
2  Address:
3  Telephone Phone:
4  Email:

FILED
17 FEB -7 PM 4:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Eugene Angelo Harris Jr

Plaintiff(s),

v.

County of San Diego Probation Department

Defendant(s).

Case No.: 17CV0234 LAB RBB
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?

       ☐ Yes    ☒ No

   b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1. Befor Mr. Eugene A. Harris release from Valley
2. State Prison CC1 Correctional Counserler "Davis"
3. Filed a Interstate compact Packit to have Mr. Harris
4. Probation transfered to Texas. Due to Mr. Harris
5. Not having any family or family support which would
6. resault to Mr. Harris being homeless and not Cared
7. for. Valley State Prison is a Protetive Coustody
8. Prison and Mr. Harris was enrolled in The
9. Developmental Disability Program due to his Disabilities.
10. Doctor Mossman and Correctional Counserler "Davis"
11. and The Department of Rehabilitation sent a ReQuest to
12. have Mr. Harris evaluated at the San Diego Regional
13. Center. Mr. Harris have been asking for help for
14. Six months from the San Diego County Probation
15. Department and have not recived any relief.
16. Upon Mr. Harris release he was Assaulted while being in
17. "State hired hands" by San Diego County Probation
18. Department. all of thes things have put Mr. Harris
19. in a Situation that can only Lead to him being
20. violated on Probation So that the issue will
21. resolve to help an Disabled Mr. Harris that is
22. Protected under federal Law.

2

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I request that this Matter be brought before a federal Judge to resolve this matter that has been going on. We ask that a Court order be Granted up on the findings of this case (1) Probation Terminated (2) Parties Repremended

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes    ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

2/7/17
Date

*Eugen Angelo H— JR*
Signature

Eugene Angelo Harris JR
Printed Name

4

as workman's compensation or disability insurance? No

as rent payments, interest, dividends? No

as pension, annuities or life insurance payments? No

from social security, unemployment compensation or welfare payments?
883.84

as gifts or inheritance? No

from other sources? No

8. **How much money do you own or have in any checking or savings account?**
None

9. **Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bond, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?**   ☐ Yes   ☒ No

*If "Yes", give a description of the property and its estimated value.*

5

10. **Is anyone dependent on you for support?** ☐ Yes  ☒ No

   *If "Yes", give names, ages, relationship to you, and the amount you contribute toward their support.*

11. **List any debts you have and the amount owed.**

   *Creditor Amount Owed*

12. **List your monthly living expenses.**

   883.84
   RENT

Under penalty of perjury, I declare that the information given in this motion is true and correct.

2/7/17
Date

Eugene Angelo Harris JR
Signature

EUGENE ANGELO HARRIS JR.
Printed Name

6