1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

EUGENE ANGELO HARRIS JR.,

Case No.:  17cv234 LAB (RBB)

12

Plaintiff,

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS [ECF NO. 2]**

13

v.

14

COUNTY OF SAN DIEGO
PROBATION DEPARTMENT,

15
16

Defendant.

17
18

On February 7, 2017, Plaintiff Eugene Angelo Harris Jr. ("Plaintiff"), commenced

19

this action against Defendant County of San Diego Probation Department.  (Compl. 1,

20

ECF No. 1.)  On the same day, Plaintiff also filed an "Application to Proceed in District

21

Court Without Prepaying Fees or Costs" (the "Motion to Proceed in Forma Pauperis")

22

[ECF No. 2].  For the reasons explained below, the Motion to Proceed in Forma Pauperis

23

is **GRANTED**.

24

All parties instituting any civil action, suit, or proceeding in a district court of the

25

United States, except an application for writ of habeas corpus, must pay a filing fee of

26

$400.  See 28 U.S.C.A. § 1914(a) (West 2006).  An action may proceed despite a

27

plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed

28

in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1) (West 2006).  See Rodriguez v.

1

<u>Cook</u>, 169 F.3d 1176, 1177 (9th Cir. 1999).  All actions sought to be filed in forma pauperis under 28 U.S.C. § 1915 must be accompanied by an affidavit signed by the applicant under penalty of perjury that includes a statement of all assets showing inability to pay initial fees or give security.  28 U.S.C.A. § 1915(a)(1); S.D. Cal. Civ. R. 3.2(a).

Here, Plaintiff has submitted an affidavit stating that he is currently unemployed. (<u>See</u> Mot. Proceed in Forma Pauperis 2, ECF No. 2.)  He receives $883.84 each month in disability benefits, (<u>id.</u>), but has received no other income or benefits from any other source in the past twelve months, (<u>id.</u> at 1).  He does not own a car or any real property. (<u>Id.</u> at 3.)

Based on the declaration regarding his current financial resources, Plaintiff has sufficiently shown that he cannot pay the filing fee because of his poverty.  <u>Adkins v. E.I. DuPont de Nemours & Co.</u>, 335 U.S. 331, 339-40 (1948).  Because Harris has satisfied the requirements of 28 U.S.C. § 1915(a), his Motion to Proceed in Forma Pauperis is **GRANTED**.

Dated:  February 21, 2017

Hon. Ruben B. Brooks
United States Magistrate Judge