

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Eugene Angelo Harris Jr.

                              **Plaintiff,**

                V.

County of San Diego Probation Department

                              **Defendant.**

**Civil Action No.** 17-cv-00234-LAB-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Court finds the claim is frivolous and fails to state a claim on which relief may be granted. The request to appoint counsel is denied and the case is dismissed without prejudice.

**Date:** 5/4/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ L. Fincher
                        L. Fincher, Deputy